JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARRYL DOTSON, | No. CV 09-6115-FMC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: December 14, 2009

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE